

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00231-CV

Maria Zamarripa, as Guardian of the Estates of R.F.R. and R.J.R., minors
v.
Columbia Valley Health Care System, L.P., d/b/a Valley Regional Medical Center

On appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-2085

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

February 28, 2019